UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MAURICIO ANTONIO BARRERANAVIDAD,

Petitioner,

v.

WARDEN, OTAY MESA DETENTION CENTER; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and U.S. DEPARTMENT OF HOMELAND SECURITY,

Respondents.

Case No.: 3:26-cv-5430-JES-JAC

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

**[ECF No. 1]**

Before the Court is Petitioner Mauricio Antonio Barrera-Navidad's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Petitioner had previously filed another petition in front of this Court, which has been granted. *See Barrera-Navidad v. Mullin*, Case No. 26-cv-4614-JES-JAC, ECF No. 12.

//

//

Accordingly, the Court **DENIES AS MOOT** this petition. The Clerk is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

Dated: October 13, 2026

Honorable James E. Simmons Jr.
United States District Judge